IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                  Case No. 4:21-cr-040007-001

LYNNEL ANTWAN WATKINS                                         DEFENDANT

## ORDER

The following documents and items have been reviewed *in camera* by the Court in consideration of the Motion to Compel (ECF No. 28) and are being filed under seal:

1. The thumb drive provided by the Government with all of the discovery material, redacted and unredacted contained on it.

2. DEA report dated 2-25-21, unredacted version

3. DEA report dated 3-1-21, redacted version

4. DEA report dated 3-1-21, unredacted version

5. DEA report dated 4-2-21, redacted version

6. DEA report dated 4-2-21, unredacted version

**DATED this 23th day of July 2021.**

                                               /s/ *Barry A. Bryant*
                                               HON. BARRY A. BRYANT
                                               UNITED STATES MAGISTRATE JUDGE